**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Howard E. Collands** | Social Security number or ITIN   **xxx–xx–9041** |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **18–24903–CMB**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Howard E. Collands

4/10/19

**By the court:**  Carlota M. Bohm
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

| |
|---|
| **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.** |

Official Form 318                    **Order of Discharge**                    page 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-24903-CMB
Howard E. Collands                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin          Page 1 of 1          Date Rcvd: Apr 10, 2019
                              Form ID: 318         Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2019.
db          +Howard E. Collands,   P.O. Box 358,   Uledi, PA 15484-0358
14969790     PNC Cardmember Services,   P.O. Box 3429,   Pittsburgh, PA 15230-3429
14969791     PNC Mortgage,   P.O. Box 1820,   Dayton, OH 45401-1820
14969793     Shell Gasoline Card Center,   P.O. Box 6406,   Sioux Falls, SD 57117-6406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 11 2019 02:30:57     Pennsylvania Dept. of Revenue,
             Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
             Harrisburg, PA  17128-0946
14969782     EDI: GMACFS.COM Apr 11 2019 06:13:00     Ally Financial,   P.O. Box 130424,
             Roseville, MN 55113-0004
14969783     EDI: BANKAMER.COM Apr 11 2019 06:13:00     Bank of America,   P.O. Box 982234,
             El Paso, TX 79998-2234
14969784     EDI: TSYS2.COM Apr 11 2019 06:13:00     Barclays Bank,   P.O. Box 8802,
             Wilmington, DE 19899-8802
14969785     EDI: CHASE.COM Apr 11 2019 06:13:00     Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
14969786     EDI: DISCOVER.COM Apr 11 2019 06:13:00     Discover,   P.O. Box 30421,
             Salt Lake City, UT 84130-0421
14969787    +E-mail/Text: ffefcu@yahoo.com Apr 11 2019 02:31:33     Fayette Federal Employees Fed. Credit Un,
             364 Morgantown Street,   Uniontown, PA 15401-4841
14969788     EDI: RMSC.COM Apr 11 2019 06:13:00     JC Penney/Synchrony Bank,   Attn:  Bankruptcy Department,
             P.O. Box 965060,   Orlando, FL 32896-5060
14969789     EDI: RMSC.COM Apr 11 2019 06:13:00     Lowe's/Synchrony Bank,   Attn:  Bankruptcy Deptartment,
             P.O. Box 965060,   Orlando, FL 32896-5060
14970522    +EDI: PRA.COM Apr 11 2019 06:13:00     PRA Receivables Management, LLC,   PO Box 41021,
             Norfolk, VA 23541-1021
14969792     EDI: RMSC.COM Apr 11 2019 06:13:00     Sam's Club Master Card/Synchrony Bank,
             Attention:  Bankruptcy Department,   P.O. Box 965060,   Orlando, FL 32896-5060
14969794     EDI: USAA.COM Apr 11 2019 06:13:00     USAA Credit Card Services,   P.O. Box 65020,
             San Antonio, TX 78265-5020
                                                                                   TOTAL: 12


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           PNC BANK NATIONAL  ASSOCIATION
cr*         +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                       TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2019 at the address(es) listed below:
             Charles O. Zebley, Jr.   on behalf of Debtor Howard E. Collands COZ@Zeblaw.com,  Lori@Zeblaw.com,
              Janet@Zeblaw.com
             James  Warmbrodt   on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
             Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
             Robert H. Slone, Trustee   robertslone223@gmail.com,  rslone@pulsenet.com;pa07@ecfcbis.com
                                                                          TOTAL: 4